### In re Mark FISHER and Reece Boudreaux, Relators.

### In re Bank of America, N.A., Relator.

### Nos. 02–11–00013–CV, 02–11–00014–CV.

Court of Appeals of Texas, Fort Worth.

Feb. 1, 2012.

Karen S. Precella, Haynes & Boone, L.L.P., Fort Worth, Kenneth E. Broughton, Houston, for Relator in No. 02–11–00014–CV.

Steven K. Hayes, Law Office of Steven K. Hayes, Fort Worth, Thomas J. Sims, Parrott Sims & McInnis PLLC, Houston, for Relators in No. 02–11–00013–CV.

Brian S. Stagner, Kelly Hart & Hallman LLP, Fort Worth, Derrick S. Boyd, Simpson, Boyd & Powers, P.L.L.C., Decatur, Michael A. Simpson, Simpson, Boyd & Powers, P.L.L.C., Bridgeport, for Real Parties in Interest in No. 02–11–00014–CV.

Brian S. Stagner, Kelly Hart & Hallman LLP, Fort Worth, Derrick S. Boyd, Simpson, Boyd & Powers, P.L.L.C., Decatur, for Real Parties in Interest in No. 02–11–00013–CV.

PANEL: McCOY, DAUPHINOT, and MEIER, JJ.

### MEMORANDUM OPINION [1]

PER CURIAM.

The court has considered relators' petitions for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petitions for writ of mandamus are denied.